IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )         8:10CR108
                              )
        v.                    )
                              )
DANIEL HORVATH,               )         ORDER
                              )
              Defendant.      )
_____)
```

      This matter is before the Court on defendant's motion to continue sentencing (Filing No. 76).  The Court finds the motion should be granted.  Accordingly,

      IT IS ORDERED that sentencing is rescheduled for:

**Friday, February 18, 2011, at 10 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

      DATED this 15th day of December, 2010.

                            BY THE COURT:

                            /s/ Lyle E. Strom
                            _____
                            LYLE E. STROM, Senior Judge
                            United States District Court