IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:10CR108
                               )
      v.                       )
                               )
DANIEL HORVATH,                )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing (Filing No. 107).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Tuesday, June 28, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 29th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court